1

2

3

4

5

6

7

8

9    # IN THE UNITED STATES DISTRICT COURT

10   # FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

12

13   SHAWN GOODWIN,                    Case No. ED CV 13-2375 MRW

14            Plaintiff,                JUDGMENT

15        v.

16   CAROLYN W. COLVIN,
     Acting Commissioner of Social
17   Security,

18            Defendant.

19

20        The decision of the Administrative Law Judge is AFFIRMED.  Judgment is

21   hereby entered in favor of Defendant.

22

23

24   Date: October 15, 2014      _____

25                               HON. MICHAEL R. WILNER
                                 UNITED STATES MAGISTRATE JUDGE
26

27

28